Sara Demirok (AZ#031970)
National Labor Relations Board, Region 28
2600 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
Tel: (602) 416-4761
Fax:(602) 640-2178
Email: sara.demirok@nlrb.gov
Attorney for Petitioner

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Cornele A. Overstreet,<br>Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>　　　　　　　Petitioner,<br>　v.<br>Lucid USA, Inc.<br>　　　　　　　Respondent. | Case No. 2:24-cv-01356-DJH<br><br>**NOTICE OF APPEARANCE** |

　　　Please be advised that Sara S. Demirok hereby enters her appearance as counsel for Petitioner, Cornele A. Overstreet, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board in the above-entitled matter.

　　　DATED this 8th day of August, 2024.

　　　　　　　　　　　　　　　　　　　/s/ Sara S. Demirok
　　　　　　　　　　　　　　　　　　　Sara S. Demirok, Attorney at Law
　　　　　　　　　　　　　　　　　　　On behalf of:
　　　　　　　　　　　　　　　　　　　Cornele A. Overstreet, Regional Director
　　　　　　　　　　　　　　　　　　　National Labor Relations Board, Region 28
　　　　　　　　　　　　　　　　　　　2600 N. Central Avenue, Suite 1400
　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85004

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants this 8th day of August 2024:

Representatives for Lucid USA, Inc.

    Steven G. Biddle, Attorney at Law
    Littler Mendelson, PC
    2425 East Camelback Road
    Phoenix, AZ 85016
    Sbiddle@littler.com

    Yijee Jeong, Attorney at Law
    Littler Mendelson, PC
    2425 East Camelback Road
    Phoenix, AZ 85016
    yjeong@littler.com

    Adam Tuzzo
    Littler Mendelson, PC
    111 East Kilbourn Avenue
    Suite 1000
    Milwaukee, WI 53202
    atuzzo@littler.com

    /s/ Sara S. Demirok
    Sara S. Demirok, Attorney at Law
    On behalf of:
    Cornele A. Overstreet, Regional Director
    National Labor Relations Board, Region 28
    2600 N. Central Avenue, Suite 1400
    Phoenix, Arizona 85004